IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    *Plaintiff,*<br><br>v.<br><br>DANA M JACKSON,<br>    *Defendant.* | CIVIL ACTION<br><br>NO.  24-3406 |

# **ORDER**

**AND NOW**, this 29th day of October, 2024, in accordance with Federal Rule of Civil Procedure 4(m), and following a review of the Court's records which indicate that Plaintiff has failed to make service on the defendant in this case within 90 days of the filing of the complaint, it is hereby **ORDERED** that the plaintiff must make service by **November 12, 2024**.

This Order also serves as notice to Plaintiff, in accordance with Federal Rule of Civil Procedure 4(m), that if Plaintiff fails to file proof of service by **November 19, 2024,** without showing good cause for such failure, the Court must dismiss without prejudice the case against any unserved defendant.

It is so **ORDERED**.

BY THE COURT:


*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**