IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　*Plaintiff*,<br><br>　　v.<br><br>DANA M JACKSON,<br>　　　*Defendant*. | CIVIL ACTION<br><br>NO.  24-3406 |

# ORDER

**AND NOW**, this 18th day of November, 2024, upon consideration of Plaintiff's Motion to Extend the Time to Make Service (ECF No. 4), it is hereby **ORDERED** that the Motion is **GRANTED**.  Plaintiff shall perfect service **no later than** January 17, 2025.


BY THE COURT:


*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**