### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| JACKSON | : | NO.: 24-cv-3406 |

## O R D E R

**AND NOW**, this **10th** day of **JANUARY 2025**, in accordance with the court's procedure for random reassignment of cases, it is hereby,

**ORDERED** that the above captioned case is reassigned from the calendar of the Honorable Mitchell S. Goldberg to the calendar of the Honorable Catherine Henry.

                                **FOR THE COURT:**

                                **MITCHELL S. GOLDBERG**
                                **Chief Judge**

                                **ATTEST:**

                                */s/George Wylesol*
                                **GEORGE WYLESOL**
                                **Clerk of Court**