UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

    Plaintiff

vs.

DANA M JACKSON

    Defendants

CIVIL NO. 24-3406

## ORDER

    **AND NOW**, this 13th day of January 2025, upon consideration of Plaintiff's Motion to Extend Time to Make Service it is hereby

    **ORDERED** and **DECREED** that Plaintiff's Motion to Extend Time to Make Service is granted.

BY THE COURT:

s/Catherine Henry

_____
THE HONORABLE CATHERINE HENRY
United States District Court Judge