**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | CIVIL ACTION |
| | : | |
| | : | |
| **v.** | : | NO.  24-3406 |
| | : | |
| **DANA M. JACKSON** | : | |

## ORDER

**AND NOW,** this 18th day of February, 2026, upon consideration of Plaintiff's Motion for

Default Judgment (ECF 15), and all relevant filings submitted in support of its Motion, it is hereby

**ORDERED** as follows:

1. Plaintiff's Motion for Default Judgment is **GRANTED**.

2. Final judgment is entered in the sum of $107,498.50 in favor of Plaintiff and against

    Defendant.

3. The Clerk shall **CLOSE** this case.

**BY THE COURT:**

/s/ Catherine Henry

**CATHERINE HENRY, J.**